IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET R. MYERS-ARMSTRONG, | No. C 08-04741 WHA |
|     Plaintiff, | |
|   v. | **ORDER DISMISSING CASE** |
| ACTAVIS TOTOWA, LLC, *et al.*, | |
|     Defendants. | |

Defendants' motion for judgment on the pleadings was granted in part and denied in part in an order dated April 22, 2009 (Dkt. 43). In that order, the action was dismissed because plaintiff failed to state a claim. The order, however, provided plaintiff with fourteen calendar days to file a motion seeking leave to amend the complaint. Although the fourteen-day deadline has passed, no such motion has been filed. Accordingly, this action will be dismissed without further leave to amend, the file will be closed, and judgment shall be entered.

**IT IS SO ORDERED.**

Dated: May 13, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE